Proceedings include all events.                                CLOS
90-40431      In re: Eugene M. Taylor                          CLAI

                        U.S. Bankruptcy Court
                    Eastern District of Texas (Sherman)

                    Bankruptcy Petition #: 90-40431

Date filed: 3/26/90                          Date terminated: 11/29/96
Assigned to: Honorable Donald R. Sharp
Chapter 7   voluntary                        asset


                                        * Attorneys *

EUGENE MADISON TAYLOR                   Judd B. Holt
414 Northridge                          1200 W. University, Ste. 150
Denton, Tx 76201                        Denton, TX 76201
SSN: 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                        817-387-9555
    * Debtor *


------------------------

EDMOND J. ZIELINSKI, Trustee
P.O. Box 128
Era, TX 76238-0128
    * Trustee *
 [term 02/17/93]

LINDA PAYNE, Trustee
300 First National Bank Bldg.
108 Bonham Street
Paris, TX 75460-4171
    * Trustee *


-----------------------------------------------------
Proceedings include all events.                                CLOS

3/26/90          Voluntary Petition And Matrix missing documents: Sche
                 A and B Due on 4/10/90. (am) [EOD 03/27/90]

3/26/90          First Meeting of Creditors Scheduled For 9:45, 5/11/9
                 Grayson County Courthouse; Last Day To Oppose Dischar
                 7/10/90. (am) [EOD 03/27/90]

3/28/90          Certificate of Mailing Re: [0-1] First Meeting   # o

| Date | Entry |
|---|---|
| | notices: 111. (mw) [EOD 03/28/90] |
| 4/9/90 | Notice To Trustee Of Selection And Appointment With Trustee's Acceptance/Ed Zielinski. (mw) [EOD 04/10/90 |
| 4/20/90 | Notice of Appearance And Request For Service Of Notic Valin L. Woodward for Creditor Smith & Underwood. (mw [EOD 04/24/90] |

Proceedings include all events.                                    CLOS
90-40431        In re: Eugene M. Taylor                            CLAI

| Date | Entry |
|---|---|
| 4/23/90 | Notice of Appearance And Request For Service Of Notic Gerald R. Velarde for Creditor Scripture Oaks Credito Committee. (mw) [EOD 04/24/90] |
| 4/27/90 | Schedules & Statement of Affairs . (mw) [EOD 04/27/90 |
| 4/27/90 | Certificate Of Notice/Correcting Addresses By Judd Ho Debtor Eugene Madiso Taylor Re: [0-1] First Meeting . [EOD 04/27/90] |
| 5/3/90 | Notice of Appearance And Request For Service Of Notic Bentley C. Kelly for Creditor Park Central Bank of Da (mw) [EOD 05/03/90] |
| 5/11/90 | First Meeting Held - Asset . (mw) [EOD 05/22/90] |
| 5/24/90 | Notice of Appearance And Request For Service Of Notic Erich M. Ramsey for Creditor Provident National Assur Company. (mw) [EOD 05/29/90] |
| 6/1/90 | Order Setting Bar Date.  Last Day To File Claims 8/30 [EOD 06/01/90] |
| 6/4/90 | Certificate of Mailing  Re: [11-1] Bar Date Order    # notices: 113. (mw) [EOD 06/05/90] |
| 6/14/90 | Certificate Of Notice/Correcting Addresses By Judd Ho Debtor Eugene Madiso Taylor Re: [0-1] First Meeting . [EOD 06/14/90] |
| 8/24/90 | Notice of Appearance And Request For Service Of Notic Phillip Lacey for Creditor Resolution Trust Corporati [EOD 08/29/90] |
| 1/17/91 | Order Discharging Debtor Eugene Madison Taylor. (jm) |

[EOD 01/17/91]

1/18/91   Certificate of Mailing  Re: [15-1] Discharge Order  b
          Debtor Eugene Madison Taylor   # of notices: 112. (mw
          [EOD 01/22/91]

12/17/92  Notice To Trustee Of Selection And Appointment With
          Trustee's Acceptance/William T. Neary. (mw) [EOD 12/2

2/16/93   Notice of Appointment of Successor Trustee, Linda Pay
          [EOD 02/17/93]

3/4/93    Application By Trustee Linda Payne For Turnover of Co
          Claim File. (kt) [EOD 03/05/93]

3/11/93   Order Granting [19-1] Application For Turnover of Cou
          Claim File by Linda Payne . (jb) [EOD 03/25/93]

Docket as of February 23, 1998 3:05 pm                Page 3

Proceedings include all events.                          CLOS
90-40431      In re: Eugene M. Taylor                    CLAI

5/20/93   Objection By Trustee Linda Payne To Claim of Park Cen
          Bank/Dallas # 4. (jk) [EOD 05/20/93]

6/7/93    Hearing Re: [21-1] Claims Objection  by Trustee Linda
          Scheduled For 3:00 8/10/93 at Plano Courtroom (as to
          Central Bank/Dallas) (al) [EOD 06/07/93]

6/30/93   Claims files returned to Clerk's office by Trustee (j
          [EOD 07/01/93]

7/1/93    Certificate of Mailing Re: [0-0] Hearing, [21-1] Clai
          Objection by Trustee Linda Payne # of notices: 6. (mh
          [EOD 07/02/93]

8/18/93   Hearing Held Re: [21-1] Claims Objection  by Trustee
          Payne . Trustee's Objection to Claim of Park Central
          Bank/Dallas sustained; One order signed. (jk) [EOD 08

8/18/93   Order Granting [21-1] Claims Objection by Linda Payne
          Proof of Claim #4 filed by Park Central Bank/Dallas.
          [EOD 08/19/93]

2/17/94   Application By Trustee Linda Payne To Sell Property o
          Estate Free & Clear of All Liens and Notice to Credit
          (jk) [EOD 02/22/94]

| Date | Entry |
|---|---|
| 3/16/94 | Order Granting [25-1] Application To Sell Property o Estate Free & Clear of All Liens and Notice to Credit Linda Payne . (st) [EOD 03/17/94] |
| 8/30/94 | Trustee Linda Payne request for Court Cost. (ml) [EOD 09/06/94] |
| 9/6/94 | Bill Of Costs in the sum of $171.00. (ml) [EOD 09/06/ |
| 11/21/95 | Application By Trustee Linda Payne To Employ Barry Teneholtz accountant . (jc) [EOD 11/27/95] |
| 11/29/95 | Withdrawal By Trustee Linda Payne Of [29-1] Applicati Employ Barry Teneholtz accountant by Linda Payne . ( [EOD 11/30/95] |
| 1/12/96 | Trustee's Final Report and Account. Reviewed by U.S. Trustee. (jb) [EOD 01/24/96] |
| 2/1/96 | Notice of Filing Re: [31-1] Final Report of Trustee, Applications for Compensation and Proposed Distributi (if objections are filed, hearing will be held 3/5/96 [EOD 02/01/96] |
| 2/1/96 | Certificate of Mailing Re: [32-1] Notice of Filing of [31-1] Final Report # of notices: 119. (mh) [EOD 02/0 |

Docket as of February 23, 1998 3:05 pm                    Page 4

Proceedings include all events.                                    CLOS
90-40431        In re: Eugene M. Taylor                            CLAI

| Date | Entry |
|---|---|
| 3/11/96 | Order Approving Trustee's Final Report, Proposed Distribution and Allowing Compensation (Clerk fees of $171.00). (mh) [EOD 03/12/96] |
| 3/11/96 | Court costs paid in the amount of $ 171.00. Re: [28-1 Costs Bill. (mh) [EOD 03/12/96] |
| 7/2/96 | Notice By Trustee Linda Payne To Deposit Funds In The The Unclaimed Funds Registry; Provident National Assu $634.15; Scripture Oaks Creditors: $13,810.84; Park C Bank: $763.08. (el) [EOD 07/03/96] |
| 8/26/96 | Trustee's Zero Bank Statement. (ml) [EOD 09/09/96] |
| 11/29/96 | Case Closed. (mh) [EOD 11/29/96] |
| 5/5/97 | Application By Federal Deposit Insurance Corp. To Pay |

|  |  |
|---|---|
| | Unclaimed Funds ( Amount: $ 2,941.71) . (ml) [EOD 05/ |
| 5/9/97 | Order Granting [37-1] Application To Pay Unclaimed Fu Amount: $ 2,941.71) . (ml) [EOD 05/12/97] |
| 5/9/97 | Application By Federal Deposit Insurance Corp. To Pay Unclaimed Funds ( Amount: $ 5,482.90). . (ml) [EOD 06/02/97] |
| 5/15/97 | Certificate of Mailing Re: [38-1] Order on [37-1] Application To Pay Unclaimed Funds ( Amount: $ 2,941. of 7. (ml) [EOD 05/15/97] |
| 5/23/97 | Order Granting [40-1] Application To Pay Unclaimed Fu Amount: $ 5,482.90). (ml) [EOD 06/02/97] |
| 6/5/97 | Certificate of Mailing Re: [41-1] Order on [40-1] Application To Pay Unclaimed Funds ( Amount: $ 5,482. of notices: 7. (ml) [EOD 06/05/97] |

[END OF DOCKET: 90-40431]